IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| GARY D. POWERS, II<br>    *Plaintiff,* | § § § § | |
| v. | § § | Civil Action No. 6:20-cv-01136 |
| IAS PARENT HOLDINGS, INC., IAS INVESTCO, INC., ROBERT HUMBLE, and JOHN LUTMAN,<br>    *Defendants.* | § § § § § | |

## AGREED STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties agree and stipulate to the following:

Defendant IAS Parent Holdings, Inc.'s counterclaims for breach of fiduciary duty (Dkt. No. 10, ¶¶ 32-35) and fraud by nondisclosure (*Id.*, ¶¶ 39-46) are **DISMISSED WITHOUT PREJUDICE** as to the re-filing of same.

This Agreed Stipulation of Dismissal Without Prejudice does not dispose of the counterclaims of any other Defendant, and does not dispose of IAS Parent Holdings, Inc.'s other counterclaims against Plaintiff Gary D. Powers, II.

    Respectfully submitted,

    HUSCH BLACKWELL, LLP

    By: */s/ Sabrina A. Neff*
        Sabrina A. Neff
        State Bar No. 24065813
        Ben Stephens
        State Bar No. 24098472
        600 Travis St., Suite 2350
        Houston, Texas 77002
        (713) 647-6800 – Telephone
        (713) 647-6884 – Facsimile
        sabrina.neff@huschblackwell.com

ben.stephens@huschblackwell.com
ATTORNEYS FOR DEFENDANTS

**AND**

AHMAD, ZAVITZANOS, ANAIPAKOS, ALAVI & MENSING, P.C.

By: */s/ Jason S. McManis*
Joseph Y. Ahmad
Texas Bar No. 00941100
joeahmad@azalaw.com
Jason S. McManis
Texas Bar No. 24088032
jmcmanis@azalaw.com
Alexander M. Dvorscak
Texas Bar No. 24120461
advorscak@azalaw.com
1221 McKinney Street, Suite 2500
Houston, TX 77010
Telephone: 713-655-1101
Facsimile: 713-655-0062

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon the following on this the 11th day of May, 2021 via the ECF system of the Court:

Joseph Y. Ahmad
Jason S. McManis
Ahmad, Zavitzanos, Anaipakos, Alavi & Mensing, P.c.
1221 McKinney Street, Suite 2500
Houston, TX 77010
*Counsel for Plaintiff*

*/s/ Sabrina A. Neff*
Sabrina A. Neff

2

HB: 4810-4842-1096.1