IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| GARY D. POWERS, II<br>    *Plaintiff,*<br><br>v.<br><br>IAS PARENT HOLDINGS, INC., IAS INVESTCO, INC., ROBERT HUMBLE, and JOHN LUTMAN,<br>    *Defendants.* | § § § § § § § § § § § §    Civil Action No. 6:20-cv-01136 |

### AGREED ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS IAS PARENT HOLDINGS, INC.'s COUNTERCLAIM FOR TORTIOUS INTERFERENCE

On this date, the Court considered Plaintiff's Partial Motion to Dismiss Counterclaim for Tortious Interference (Dkt. 13, the "Motion") as to IAS Parent Holdings, Inc. ("IAS Parent"), and IAS Parent's Notice of Withdrawal of Opposition to Partial Motion to Dismiss. Noting that dismissal of IAS Parent's counterclaim for tortious interference is agreed to by the parties, the Court ORDERS that the Motion be GRANTED as to IAS Parent only.

IAS Parent's counterclaim for tortious interference is hereby dismissed with prejudice against re-filing the same. All costs of court and/or attorneys' fees incurred will be paid by the parties incurring them.

Signed this 23rd day of July, 2021.

_____
The Honorable Alan D Albright
US District Judge

Agreed:

*/s/ Sabrina Neff*
Counsel for Defendants

*/s/ Jason McManis (by S. Neff w/ permission)*
Counsel for Plaintiff

1