**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

|  |  |
|---|---|
| **GARY D. POWERS, II,**<br>                    **Plaintiff,**<br><br>    *v.*<br><br>**IAS PARENT HOLDINGS, INC. et al.,**<br>                **Defendants.** | **6:20-CV-1136-ADA-JCM** |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal With Prejudice. ECF No. 36. In view of that stipulation, the Court **HEREBY ORDERS** that all claims asserted by Plaintiff against Defendants are dismissed with prejudice, at least under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). It is further **ORDERED** that each party be taxed its own costs of court, expenses, and attorneys' fees, and the Clerk of Court is directed to close the above case.

SIGNED this 11th day of May, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE